# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-25203-CIV-WILLIAMS/TORRES

**EIGHTEEN SEVENTY LP, MARIE KENNEDY FOUNDATION AND PAUL L. KENNEDY,**

Plaintiffs,

v.

**STUART KINNEAR ROBERTSON, MICHÈLE FLEURY ROBERTSON, EAST PACIFIC GROUP LIMITED, CRUPE FOUNDATION, ANDREAS R. BIHRER AND BIHRER RECHTSANWÄLTE AG,**

Defendants.

## DECLARATION OF SIMON PEAT

I, SIMON PEAT, declare as follows:

1. I submit this declaration in conjunction with the Opposition to the Motion to Dismiss filed by Defendants. If called as a fact witness to testify, I am able to testify competently about the matters contained in this declaration.

2. I am a director of CRUPE Pte. Ltd. ("CRUPE"), and have held this position since the company's inception.

3. I am a resident of Singapore, and since then have acted as the local resident director for CRUPE in Singapore.

4. I attest that Paul L. Kennedy remains a shareholder of record of CRUPE shares. *See* redacted shareholders list for CRUPE, attached hereto as Exhibit A.

2

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON:  JUNE 15, 2017

SIMON PEAT

78464890_1

# EXHIBIT A

**Overview Shareholding per Shareholder - Anti-Dilution Calculation SP**

Status: 17.03.2017

Assumptions: - all secured noteholders convert (excl. interest)

| Shareholder | Ordinary Shares | A-Shares | A1-Shares | Anti-Dilution shares (to be issued as ordinary shares) | Total | in % | Total Investment in USD | Secured Note with Option to convert to A1-shares | Warrants for A-1 Shares |
|---|---|---|---|---|---|---|---|---|---|
| Adinvest AG | 240'000 | 55'000 | 26'111 | 50'320 | 371'431 | 2.22% | 1'550'418 | 145'000 | 83'611 |
| Adinvest Holding AG | - | - | 73'886 | 27'947 | 101'833 | 0.61% | 777'749 | - | - |
| Aldgate Capital Pte. Ltd. | - | 57'000 | 15'000 | 33'339 | 105'339 | 0.63% | 854'585 | - | - |
| Alex Woodthorpe | - | 46'000 | 2'032 | 21'023 | 69'055 | 0.41% | 518'126 | - | 2'032 |
| Andreas Bihrer | - | 259'000 | 75'021 | 123'556 | 457'577 | 2.73% | 2'980'428 | - | 45'206 |
| Andreas Ritter | - | - | 16'297 | 8'199 | 24'496 | 0.15% | 220'004 | - | 1'482 |
| Anne-Marie Kurz | - | - | 22'222 | 11'179 | 33'401 | 0.20% | 299'997 | - | - |
| Anthony Nightingale | - | 60'000 | 379'890 | 213'329 | 653'219 | 3.90% | 5'611'985 | 35'000 | 54'537 |
| Barcare GmbH | - | - | 84'960 | 56'826 | 141'786 | 0.85% | 1'230'003 | 85'000 | 77'500 |
| Bedrock Int'l Holdings Inc. | - | 463'000 | - | 144'835 | 607'835 | 3.63% | 3'260'425 | - | - |
| Bismark Interverst Inc. | - | 30'000 | - | 13'243 | 43'243 | 0.26% | 329'240 | - | - |
| Chris Savill | 260'000 | - | - | - | 260'000 | 1.55% | 211 | - | - |
| Elizabeth Bailey | - | - | 7'778 | 3'913 | 11'691 | 0.07% | 105'000 | - | - |
| East Pacific Group Ltd. | 300'000 | - | - | - | 300'000 | 1.79% | 3'000'000 | - | - |
| East Pacific Group (Systems) Ltd. | 3'000'000 | - | 22'000 | 11'068 | 3'033'068 | 18.12% | 299'434 | - | - |
| 1870 LP | - | 454'000 | 194'072 | 321'782 | 969'854 | 5.80% | 7'230'402 | 270'000 | 1'218'639 |
| Famcare GmbH | - | - | 40'000 | 20'123 | 60'123 | 0.36% | 540'000 | - | 40'000 |
| Franz Keiser | - | - | 156'626 | 83'778 | 240'404 | 1.44% | 2'144'451 | 30'000 | 21'626 |
| Global Care AG | - | - | 600'000 | 293'071 | 893'071 | 5.34% | 4'000'000 | 1'000'000 | 500'000 |
| Gordian Investments Inc. | - | 65'000 | 19'407 | 36'773 | 121'180 | 0.72% | 934'630 | - | - |
| HA Caithness Family Trust | - | - | 74'075 | 43'078 | 117'153 | 0.70% | 1'035'012 | 35'000 | 17'500 |
| Joseph F. Lobbato | - | - | 377'222 | 211'800 | 589'022 | 3.52% | 5'211'566 | 134'066 | 72'959 |
| Dr. Johannes Meier | - | - | 44'862 | 25'229 | 70'091 | 0.42% | 557'121 | 35'000 | 18'500 |
| JP Charitable Foundation | - | - | 74'074 | 37'265 | 111'339 | 0.67% | 1'000'000 | - | - |
| Kim Reed Perell | - | - | 37'000 | 18'614 | 55'614 | 0.33% | 499'500 | - | - |
| Lion Empire International Ltd. | - | - | 500'000 | 226'999 | 726'999 | 4.34% | 5'250'000 | 250'000 | 125'000 |
| Max Rössler | - | - | 4'000'000 | 16'606 | 4'016'606 | 24.00% | 2'100'000 | 100'000 | 50'000 |
| Marie Kennedy Foundation | - | - | 53'100 | 26'978 | 80'078 | 0.48% | 604'888 | 35'000 | 17'500 |
| Mutschler Ventures AG | - | - | 77'347 | 44'724 | 122'071 | 0.73% | 1'079'185 | 35'000 | 20'772 |
| Neil Sunderland | - | - | 18'519 | 7'766 | 26'285 | 0.16% | 250'000 | - | - |
| New Confirmed Funds | - | - | - | - | - | 0.00% | - | - | - |
| New Confirmed Funds 2 | - | - | - | - | - | 0.00% | - | - | - |
| Northchase Ltd. | - | - | 14'815 | 7'453 | 22'268 | 0.13% | 200'000 | - | 22'222 |
| Opalspace Ltd. | - | - | 7'407 | 8'803 | 16'210 | 0.10% | 135'000 | 35'000 | 17'500 |
| Patrick Hochuli | - | 104'000 | 170'333 | 112'646 | 386'979 | 2.31% | 3'619'392 | - | 37'037 |
| Paul Kennedy | - | - | 7'778 | 3'913 | 11'691 | 0.07% | 105'000 | - | - |
| Peter Yunghanns | - | - | 50'074 | 25'191 | 75'265 | 0.45% | 675'999 | - | - |
| Porter Foundation Switzerland | - | - | 37'037 | 15'531 | 52'568 | 0.31% | 500'000 | - | - |
| Prince Friso van Oranje | - | 37'000 | - | 16'161 | 53'161 | 0.32% | 397'736 | - | - |
| Maximilian Joachim Alfred Egon zu Fuerstenberg | - | - | 96'106 | 35'652 | 131'758 | 0.79% | 961'061 | - | - |
| RCR James Associates | - | - | 277'347 | 95'363 | 372'710 | 2.23% | 2'129'185 | 85'000 | 45'772 |
| Richard Jayson | 500'000 | - | 6'000 | 3'018 | 509'018 | 3.04% | 81'406 | - | - |
| Robert E. Fallon | - | - | 60'000 | 46'791 | 106'791 | 0.64% | 910'000 | 100'000 | 70'000 |
| Silchester Investments Pty. Ltd. | - | - | 40'000 | 20'123 | 60'123 | 0.36% | 540'000 | - | - |
| Silchester Super Fund (registered as Chouilly Pty. Ltd.) | - | - | 35'000 | 17'608 | 52'608 | 0.31% | 472'500 | - | - |
| Toxford Corporation | - | 57'000 | 11'000 | 31'326 | 99'326 | 0.59% | 800'585 | - | - |
| Tremont AG | - | 52'000 | 200'150 | 119'137 | 371'287 | 2.22% | 3'400'705 | 35'000 | 32'315 |
| **Total** | **4'300'000** | **1'739'000** | **8'004'548** | **2'692'081** | **16'735'629** | **100.00%** | **68'402'929** | **2'444'066** | **2'591'710** |