UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-25203-CIV-WILLIAMS/TORRES

**EIGHTEEN SEVENTY LP, MARIE KENNEDY FOUNDATION AND PAUL L. KENNEDY,**

          Plaintiffs,

v.

**STUART KINNEAR ROBERTSON, MICHÈLE FLEURY ROBERTSON, EAST PACIFIC GROUP LIMITED, CRUPE FOUNDATION, ANDREAS R. BIHRER AND BIHRER RECHTSANWÄLTE AG,**

          Defendants.

## DECLARATION OF PAUL L. KENNEDY

I, PAUL L. KENNEDY, declare as follows:

1. I submit this declaration in support of the Motion for Leave to File Supplemental Evidence in Further Support of the Opposition to Defendants' Motion to Dismiss Complaint ("Motion for Leave"). If called as a fact witness to testify, I am able to testify competently about the matters contained in this declaration.

2. I am a member, and since 2015 Chairman, of the board of directors of CRUPE Pte. Ltd. ("CRUPE). I am also one of the plaintiffs in this action.

3. On or about September 13, 2017, I learned from Mazyar Taennler that the properties that Stuart Robertson ("Robertson") and Michele Fleury Robertson ("Fleury") owned in Kilchberg and Davos, Switzerland, were now owned by an entity called Edenalp SA.

4. This led me to obtain, on or about September 19, 2017, the letter from the Switzerland Debt Collection Office that is dated September 14, 2017 and is attached to the

80924659_1

Motion for Leave as Exhibit C. This letter confirmed my belief that Robertson and Fleury had moved to Australia, in around February or March 2017.

5.  After defendants' insistence of their residence in Switzerland and Robertson's affidavit in which he "completely refute(s)" that he knew I live in Miami, I also obtained technological assistance to search for and locate additional emails which demonstrate that the Defendants were aware that I live, and lived during relevant communications, in Florida. Many such emails are attached to the Motion for Leave as Exhibits E through K.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: December 5, 2017
at Key Biscayne, Florida

_____
PAUL L. KENNEDY

80924659_1