UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EIGHTEEN SEVENTY LP, et al.

PLAINTIFF(S)

CASE NUMBER
1:16−cv−25203−KMW

v.

STUART KINNEAR ROBERTSON, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Stuart Kinnear Robertson
East Pacific Group Limited
Crupe Foundation**

as of course, on the date January 15, 2019.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Jeffrey Adams*
Deputy Clerk

cc: Judge Kathleen M. Williams
    Eighteen Seventy LP

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)